UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:16-CV-1-DLB-EBA

GREGORY C. KRUG,                                                                                           PLAINTIFF,

V.                              **REPORT AND RECOMMENDATION**

UNITED STATES OF AMERICA,                                                                      DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

This action was initiated by *pro se* Plaintiff Gregory C. Krug in January of 2016. [R. 1]. Plaintiff's most recent filing was submitted in May of 2017. [R. 31]. Since that time, this Court has repeatedly ordered the Plaintiff to appear for telephonic conference calls, the first of which was rescheduled by Motion of the United States. [R. 33; R. 34; R. 35]. Plaintiff never appeared, and Plaintiff has ceased communications with both the United States and the court. In addition, Plaintiff has failed to keep current his address of record, preventing the court from contacting him further. [*See, e.g.*, R. 36]. Recently, this Court Ordered the United States to submit a status report, indicating whether Plaintiff has updated his contact information or in any way responded to a prior settlement proposal. [R. 37]. The United States submitted its Status Report, [R. 38], wherein the United States indicates that Plaintiff "has failed to respond to the United States' discovery requests and has made no initial disclosures to the United States," [*id.* at 1]; "has not responded in any way to the United States'" attempts to contact him, [*id.* at 2]; Plaintiff's "address of record with this Court is invalid," [*id.*]; and the "United States is unable to communicate with or locate the plaintiff at this time," [*id.*].

Given that neither the United States nor this Court are currently able to contact Plaintiff, and Plaintiff has indicated his disinterest in continuing to litigate this matter through his failure to

update his address of record and/or communicate with the court in any way, this Court, having fully considered the matters, and being duly and sufficiently advised,

HEREBY RECOMMENDS that this matter be DISMISSED without prejudice and STRICKEN from the court's active docket.

Particularized objections to this Report and Recommendation must be filed within fourteen (14) days of the date of service of the same or further appeal is waived. 18 U.S.C. § 636(b)(1); *United States v. Campbell*, 261 F.3d 628, 632 (6th Cir. 2001); *Bituminous Cas. Corp. v. Combs Contracting Inc.*, 236 F. Supp. 2d 737, 749–50 (E.D. Ky. 2002). Generalized objections or objections that require a judge's interpretation are insufficient to preserve the right to appeal. *Cowherd v. Million*, 380 F.3d 909, 912 (6th Cir. 2004); *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995). A party may file a response to another party's objections within fourteen (14) days after being served with a copy thereof. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b).

This the 7th day of February, 2018.



Signed By:
*Edward B. Atkins*  EBA
United States Magistrate Judge