UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 16-1-DLB-EBA

GREGORY C. KRUG                                                                                    PLAINTIFF

v.        **ORDER ADOPTING REPORT AND RECOMMENDATION**

UNITED STATES OF AMERICA                                                              DEFENDANT

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

This matter is before the Court upon the February 2, 2018 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 39), wherein he recommends that Plaintiff's *pro se* Complaint seeking a tax refund (Doc. # 1) be dismissed without prejudice for failure to respond to the Court's orders. Plaintiff was placed on notice that failure to provide written notice of a change of address may result in dismissal of the case. (Doc. # 26). Yet, Plaintiff has consistently failed to keep the Court apprised of his current address. (*See* Docs. # 23, 25, 36, 38, 40, 41).

No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation (Doc. # 39) is hereby **adopted** as the findings of fact and conclusions of law of the Court;

(2)     the Plaintiff's Complaint (Doc. # 1) is hereby **dismissed**; and

1

(3) a separate Judgment will be filed concurrently herewith.

This 14th day of November, 2018.



Signed By:
David L. Bunning
United States District Judge

J:\DATA\ORDERS\ProSe\16-1 Order Adopting R&R.docx